| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Janet L. Keller | Social Security number or ITIN   xxx–xx–9741 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   26–20068–JCM | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Janet L. Keller

4/15/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 26-20068-JCM

Janet L. Keller                                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: admin                                    Page 1 of 2

Date Rcvd: Apr 15, 2026                            Form ID: 318                            Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet L. Keller, P.O. Box 1414, Uniontown, PA 15401-1414 |
| 16625518 | + | Discover Financial, Div. of Capital One, Attention: Bankruptcy Department, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 16625524 | | Radius Global Solutions, Attention: Bankruptcy Department, 7605 Metro Boulevard--Suite 400, Edina, MN 55439 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2026 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2026 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16625512 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 16 2026 00:17:40 | Affirm, Inc., Attention: Bankruptcy Department, 650 California Street--Floor 12, San Francisco, CA 94108-2716 |
| 16625513 | + | EDI: SYNC | Apr 16 2026 04:05:00 | Amazon/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 16625514 | | EDI: BANKAMER | Apr 16 2026 04:05:00 | Bank of America, Attention: Bankruptcy Department, P.O. Box 15019, Wilmington, DE 19886 |
| 16625515 | | EDI: CAPITALONE.COM | Apr 16 2026 04:05:00 | Capital One, Attention: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16625516 | + | EDI: CAPITALONE.COM | Apr 16 2026 04:05:00 | Capital One, Attention: Bankruptcy Department, P.O, Box 31293, Salt Lake City, UT 84131-0293 |
| 16625517 | | EDI: WFNNB.COM | Apr 16 2026 04:05:00 | Comenity Bank/Dell, P.O. Box 182125, Columbus, OH 43218-2125 |
| 16625519 | | EDI: CITICORP | Apr 16 2026 04:05:00 | Exxon Mobil/Citibank, P.O. Box 6404, Sioux Falls, SD 57117-6404 |
| 16625520 | | EDI: IRS.COM | Apr 16 2026 04:05:00 | Internal Revenue Service, P.O. Box 249, Memphis, TN 38101-0249 |
| 16625521 | + | Email/Text: bankruptcy@ironhorsefunding.com | Apr 16 2026 00:12:00 | Ironhorse Funding, LLC, 100 Cummings Center--Suite 233G, Beverly, MA 01915-6126 |
| 16625522 | | Email/Text: Mercury@ebn.phinsolutions.com | Apr 16 2026 00:11:00 | Mercury FBT, Attention: Bankruptcy Department, P.O. Box 84064, Columbus, GA 31908-4064 |
| 16625523 | ^ | MEBN | Apr 16 2026 00:08:43 | Patenaude & Felix, 9619 Chesapeake Drive--Suite 300, San Diego, CA 92123-1368 |

District/off: 0315-2                                 User: admin                                    Page 2 of 2
Date Rcvd: Apr 15, 2026                              Form ID: 318                                   Total Noticed: 19

| 16625525 | | EDI: USBANKARS.COM | | |
|---|---|---|---|---|
| | | | Apr 16 2026 04:05:00 | US Bank, P.O. Box 6335, Fargo, ND 58125-6335 |
| 16625526 | + | EDI: USBANKARS.COM | | |
| | | | Apr 16 2026 04:05:00 | US Bank/CACS, Attention: Bankruptcy Department, P. O. Box 5229, Cincinnati, OH 45201-5229 |
| 16625527 | + | EDI: USBANKARS.COM | | |
| | | | Apr 16 2026 04:05:00 | US Bank/RMS, Attention: Bankruptcy Department, P. O. Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
cr                              BANK OF AMERICA, NATIONAL ASSOCIATION

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:

**Name**                              **Email Address**

Charles O. Zebley, Jr.
                                      on behalf of Debtor Janet L. Keller COZ@Zeblaw.com  Janet@Zeblaw.com

Matthew Fissel
                                      on behalf of Creditor BANK OF AMERICA  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                                      robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
                                      on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 5