**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Janet L. Keller<br><br>                              Debtor(s)<br><br>Bank of America, National Association,<br>its successors and/or assigns<br>                              Movant<br>                    v.<br>Janet L. Keller<br>                              Respondent(s)<br>                         and<br>Robert H. Slone, Trustee, Trustee<br>                              Additional Respondent | BK. NO. 26-20068 JCM<br><br>CHAPTER 7<br>Related to Docket #  16 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this  12th day of May  , 2026, at Pittsburgh, upon Motion of Bank of America, National Association, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 154 Union Street, Uniontown, PA 15401 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court


SIGNED
5/12/26 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 26-20068-JCM

Janet L. Keller                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID**            **Recipient Name and Address**
db            + Janet L. Keller, P.O. Box 1414, Uniontown, PA 15401-1414

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026             Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Debtor Janet L. Keller COZ@Zeblaw.com  Janet@Zeblaw.com |
| Matthew Fissel | on behalf of Creditor BANK OF AMERICA  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 5